**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  07-cv-00017-LTB-MJW

SERGIO GALICIA and
GLORIA HERNANDEZ, individually, and as Representatives of the Estate of Celene Galicia, Deceased,

       Plaintiffs,

v.

FORD MOTOR COMPANY,
TRW VEHICLE SAFETY SYSTEMS, INC., and
TRW AUTOMOTIVE U.S., L.L.C.,

       Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion of Dismissal With Prejudice as to Defendant Ford Motor Company Only (Doc 5 - filed March 5, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Ford Motor Company only,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED:   March 6, 2007