**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00017-LTB-MJW

SERGIO GALICIA, and
GLORIA HERNANDEZ, individually and as Representatives of the Estate of Celene Galicia, Deceased,

       Plaintiffs,

v.

FORD MOTOR COMPANY,
TRW VEHICLE SAFETY SYSTEMS, INC., and
TRW AUTOMOTIVE U.S., LLC,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


     Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc 7 - filed June 20, 2007) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1(A).




Dated:  June 21, 2007
_____