**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00017-LTB-MJW

SERGIO GALICIA, and
GLORIA HERNANDEZ, individually and as Representatives of the Estate of Celene Galicia, Deceased,

       Plaintiffs,

v.

FORD MOTOR COMPANY,
TRW VEHICLE SAFETY SYSTEMS, INC., and
TRW AUTOMOTIVE U.S., LLC,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


    Plaintiffs' Amended Motion for Leave to File Second Amended Complaint (Doc 9 - filed June 21, 2007) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1(A).




Dated:  June 22, 2007
_____