**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00017-LTB-MJW

SERGIO GALICIA, and
GLORIA HERNANDEZ, individually and as Representatives of the Estate of Celene Galicia, Deceased,

        Plaintiffs,

v.

TRW VEHICLE SAFETY SYSTEMS, INC.,
TRW AUTOMOTIVE U.S., LLC,
MAGNA DONNELLY CORPORATION d/b/a DONNELLY CORPORATION,
MAGNA CLOSURES OF AMERICA, INC., and
INTIER AUTOMOTIVE CLOSURES OF AMERICA, INC.,

        Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiffs' Second Amended Motion for Leave to File Second Amended Complaint (Doc 13 - filed June 22, 2007) is GRANTED.  The tendered Second Amended Complaint is accepted for filing.

Dated:  June 25, 2007
_____