**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00017-LTB-MJW

SERGIO GALICIA, and
GLORIA HERNANDEZ, individually and as Representatives of the Estate of Celene Galicia, Deceased,

       Plaintiffs,

v.

TRW VEHICLE SAFETY SYSTEMS, INC.,
TRW AUTOMOTIVE U.S., LLC,
MAGNA DONNELLY CORPORATION d/b/a DONNELLY CORPORATION,
MAGNA CLOSURES OF AMERICA, INC., and
INTIER AUTOMOTIVE CLOSURES OF AMERICA, INC.,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Plaintiffs' Motion for Leave to File Third Amended Complaint (Doc 22 - filed August 14, 2007) is **GRANTED**. The tendered Third Amended Complaint is accepted for filing.

Dated: August 15, 2007
_____