**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  07-cv-00017-LTB-MJW

SERGIO GALICIA and
GLORIA HERNANDEZ, individually, and as Representatives of the Estate of Celene Galicia, Deceased,
        Plaintiffs,

v.

TRW VEHICLE SAFETY SYSTEMS, INC.,
TRW AUTOMOTIVE U.S., L.L.C.,
MAGNA DONNELLY CORPORATION d/b/a CONNELLY CORPORATION,
MAGNA CLOSURES OF AMERICA, INC., and
INTIER AUTOMOTIVE CLOSURES OF AMERICA, INC.,
        Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiffs' Stipulated Dismissal of Named Defendants (Doc 25 - filed August 16, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendants TRW Automotive Safety Systems, Inc., TRW Automotive U.S., LLC, Magna Donnelly Corporation d/b/a Donnelly Corporation, Magna Closures of America, Inc., and Intier Automotive Closures of America, Inc.,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   August 20, 2007