**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  07-cv-00017-LTB-MJW

SERGIO GALICIA and
GLORIA HERNANDEZ, individually, and as Representatives of the Estate of Celene Galicia, Deceased,

      Plaintiffs,

v.

TRW VEHICLE SAFETY SYSTEMS, INC.,
MAGNA DONNELLY CORPORATION, and
MAGNA CLOSURES,INC.,

      Defendants.
_____

**ORDER**
_____

Upon Plaintiffs' Motion to Change Style (Doc 26 - filed August 21, 2007), it is

ORDERED that the Motion is GRANTED.  The caption of this matter shall be changed as reflected above.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   August 22, 2007