**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No.  07-cv-00017-LTB-MJW

SERGIO GALICIA and
GLORIA HERNANDEZ, individually, and as Representatives of the Estate of Celene Galicia, Deceased,
        Plaintiffs,

v.

TRW VEHICLE SAFETY SYSTEMS, INC.,
TRW AUTOMOTIVE U.S., L.L.C.,
MAGNA DONNELLY CORPORATION d/b/a CONNELLY CORPORATION,
MAGNA CLOSURES OF AMERICA, INC., and
INTIER AUTOMOTIVE CLOSURES OF AMERICA, INC.,
        Defendants.
_____

**ORDER**
_____

Upon Plaintiffs' Response to Defendant TRW Vehicle Safety Systems, Inc.'s Motion for a More Definite Statement (Doc 35), it is

ORDERED that Defendant TRW Vehicle Safety Systems, Inc.'s Motion for a More Definite Statement (Doc 31 - filed August 28, 2007) is DENIED.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   September 17, 2007