**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00017-LTB-MJW

SERGIO GALICIA, and
GLORIA HERNANDEZ, individually and as Representatives of the Estate of Celene Galicia, Deceased,

       Plaintiffs,

v.

TRW VEHICLE SAFETY SYSTEMS, INC.,
MAGNA DONNELLY CORPORATION, and
MAGNA CLOSURES, INC.,

       Defendants.

---

**MINUTE ORDER**
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiffs' Unopposed Motion for Leave to Conduct Discovery and for Extension of Time to Respond to Motion to Dismiss (Doc 38 - filed September 18, 2007) is **GRANTED**. Plaintiffs have no more than sixty days to conduct discovery regarding the jurisdiction of this Court over Defendants Magna Donnelly Corporation and Magna Closures, Inc. only, and to respond to Defendants' Motion to Dismiss.

Dated:  September 19, 2007

---