IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00017-LTB-MJW

SERGIO GALICIA, et al.,

Plaintiff(s),

v.

TRW VEHICLE SAFETY SYSTEMS, INC., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion for Entry of Agreed Protective Order Subject to Motions to Dismiss for Lack [sic] Personal Jurisdiction (docket no. 41) is GRANTED.  The written Protective Order captioned "Agreed Protective Order Regarding Magna Defendants' Production of Confidential Documents and Information" is APPROVED as amended in paragraph 13 and made an Order of Court.

Date:  November 5, 2007