**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 07-cv-00017-LTB-MJW

SERGIO GALICIA and
GLORIA HERNANDEZ, individually, and as Representatives of the Estate of Celene Galicia, Deceased,

       Plaintiffs,

v.

TRW VEHICLE SAFETY SYSTEMS, INC.,
MAGNA DONNELLY CORPORATION, and
MAGNA CLOSURES, INC.,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 68 - filed February 18, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                 BY THE COURT:

                                                  s/Lewis T. Babcock
                                                 Lewis T. Babcock, Judge

DATED:   February 19, 2008